# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

SIMON ADRIAN ORTIZ CHIRINOS,

    Plaintiff,

v.

Case No. 6:26-cv-264-JA-DCI

LOUIS A. QUINONES, JR., GARRETT J. RIPA, and KRISTI NOEM,

    Defendants.

## ORDER

Pursuant to Local Rule 1.07, this case is **TRANSFERRED** to United States District Judge Anne-Leigh Gaylord Moe, with her consent. This case appears to be related to Case No. 6:26-cv-219-AGM-NWH.

**DONE** and **ORDERED** in Orlando, Florida, on February 2, 2026.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties